# IN THE SUPREME COURT OF THE STATE OF NEVADA

NANYAH VEGAS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,

Appellant,

vs.

SIG ROGICH, A/K/A SIGMUND
ROGICH, INDIVIDUALLY, AND AS
TRUSTEE OF THE ROGICH FAMILY
IRREVOCABLE TRUST; ELDORADO
HILLS, LLC, A NEVADA LIMITED
LIABILITY COMPANY; TELD, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; PETER ELIADES,
INDIVIDUALLY AND AS TRUSTEE OF
THE ELIADES SURVIVOR TRUST OF
10/30/08; AND IMITATIONS, LLC; A
NEVADA LIMITED LIABILITY
COMPANY,

Respondents.

No. 79917

FILED

MAY 13 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

SIG ROGICH, A/K/A SIGMUND
ROGICH, INDIVIDUALLY, AND AS
TRUSTEE OF THE ROGICH FAMILY
IRREVOCABLE TRUST; AND
IMITATIONS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,

Cross-Appellant,

vs.

NANYAH VEGAS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,

Cross-Respondent,

and

ELDORADO HILLS, LLC, A NEVADA
LIMITED LIABILITY COMPANY;
TELD, LLC, A NEVADA LIMITED
LIABILITY COMPANY; AND PETER
ELIADES, INDIVIDUALLY AND AS
TRUSTEE OF THE ELIADES
SURVIVOR TRUST OF 10/30/08,

SUPREME COURT
OF
NEVADA

(O) 1947A

22-15282

Respondents,

## ORDER DISMISSING APPEAL

This is an appeal and cross-appeal from a final judgment. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

Respondents/cross-appellants Teld, LLC, Peter Eliades, Individually and as Trustee of the Eliades Survivor Trust of 10/30/08, and Eldorado Hills, LLC, inform this court that they have acquired the pending claims on appeal from appellant Nanyah Vegas, LLC. Respondents/cross-appellants move this court pursuant to NRAP 43 to substitute themselves in the place of appellant with respect to any and all claims for relief and/or appellate interests currently pending in this appeal, and further move to dismiss the appeal and cross-appeal in their entirety. No opposition has been filed. Accordingly, the motion is granted and this court

ORDERS this appeal and cross-appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Nancy L. Allf, District Judge
Bailey Kennedy
Simons Hall Johnston PC/Reno
Hutchison & Steffen, LLC/Las Vegas
Eighth District Court Clerk

